CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Craig Junior Wharton**<br>DOB: 1987; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-04644MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 18, 2020, in the District of Arizona, **Craig Junior Wharton**, knowing and in reckless disregard of the fact that certain illegal aliens, Brayan Valentin-Martinez and Auner Hilario Mendez-Galvan, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain, and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii),1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 18, 2020, in the District of Arizona, United States Border Patrol Agents (BPA) received information from a concerned citizen regarding a suspicious vehicle near the store in Sababe, AZ. The BPA saw two vehicles leave the area, including a white 2004 Ford F-150. An agent saw the F-150 traveling southbound with one occupant. Shortly after, the truck was traveling northbound with multiple occupants. The BPA conducted a vehicle stop and saw multiple subjects dressed in camouflage clothing laying down on the bed of the truck. The BPA heard the truck go into gear and speed off. The pulled over on SR-286 north of Arivaca Road and multiple subjects ran from the truck. BPA eventually arrested the driver **Craig Junior Wharton** and five illegal aliens. Two of the illegal aliens were identified as Brayan Valentin-Martinez and Auner Hilario Mendez-Galvan.

Material witness Valentin said he had arranged to be smuggled into the United States for money. Valentin and Mendez said they crossed the border illegally and walked to a designated pick up spot. Both said a white truck stopped at their location and picked them up. Mendez said the guide instructed everyone to get on the truck. They all got on the bed of the truck and the driver began to drive at a very high rate of speed. They were pulled over by BPA who attempted to open the tailgate. The driver quickly sped off to avoid being arrested. Mendez said the tail gate was open and he almost fell of the bed of the truck. The other subjects on the bed of the truck with him helped him not to fall off.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Brayan Valentin-Martinez and Auner Hilario Mendez-Galvan

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/ri_____ | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA  Digitally signed by RICARDO ISLAVA Date: 2020.03.19 12:12:13 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent Ricardo H. Islava |
| Sworn by telephone  x  | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 19, 2020 |

See Federal rules of Criminal Procedure Rules 3, 4.1, and 54